UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DEAN DAWSON, | No. 2:22-cv-0267 DB |
| Petitioner, | |
| v. | ORDER |
| UNKNOWN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254

Petitioner is incarcerated in San Quentin and was convicted in Santa Clara County. Both San Quentin and Santa Clara County are in an area embraced by the United States District Court for the Northern of California.

Pursuant to 28 U.S.C § 2241(d), courts in both the district of conviction and the district of confinement have concurrent jurisdiction over applications for habeas corpus filed by state prisoners. Because petitioner was not convicted in this district, and is not presently confined here, this court does not have jurisdiction to entertain the application.

////

////

////

1

1 | Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

2 | This matter is transferred to the United States District Court for the Northern of

3 | California.  28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

4 | Dated:  February 24, 2022

*[signature]*

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/R/daws0267.108B